**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 27 P 12: 10

CLERK _L. Salictoire_

JIMMY COLEY,

       Petitioner,

   vs.

JOSE M. VASQUEZ, Warden,

       Respondent.

CIVIL ACTION NO.: CV205-071

## O R D E R

Petitioner's Motion for Leave to Supplement the Record (Doc. 10), is hereby **GRANTED**.

**SO ORDERED**, this 27ᵗʰ day of September, 2005.

                 JAMES E. GRAHAM
                 UNITED STATES MAGISTRATE JUDGE